**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:06CV432-W**

| | | |
|---|---|---|
| **MELVIN MCCULLOUGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TRANS UNION LLC, EQUIFAX** | ) | |
| **INFORMATION SERVICES, LLC,** | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice" (document #13) filed October 31, 2006, requesting admission of Attorney M. Kasey Ratliff to represent the Defendant Trans Union LLC. For the reasons set forth therein, the motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

       **SO ORDERED**.

Signed: November 6, 2006



Carl Horn, III
United States Magistrate Judge