IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV432-W

| | |
|---|---|
| MELVIN MCCULLOUGH, | ) |
| Plaintiff, | ) ORDER |
| v. | ) |
| TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission of Adam W. Wiers to Practice Pro Hac Vice" (document #17) filed November 15, 2006, requesting admission of Attorney Adam W. Wiers to represent the Defendant Experian Information Solutions, Inc. For the reasons set forth therein, the motion will be **GRANTED**.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: November 16, 2006



Carl Horn, III
United States Magistrate Judge